1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CORY RICE AND LOUISE BANSMER,<br><br>Plaintiffs,<br><br>v.<br><br>ZENITH AMERICAN SOLUTIONS, INC.; CEMENT MASONS SOUTHERN CALIFORNIA TRUST FUNDS, CEMENT MASONS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND, CEMENT MASONS SOUTHERN CALIFORNIA PENSION TRUST, ELEVEN COUNTIES CEMENT MASONS VACATION SAVINGS PLAN, CEMENT MASONS JOINT APPRENTICESHIP TRUST, CEMENT MASONS SOUTHERN CALIFORNIA INDIVIDUAL RETIREMENT ACCOUNT DEFINED CONTRIBUTION TRUST, SCOTT BRAIN as an individual, Trustee and or corporate officer of one or more of the FUNDS, TRUSTS or PLANS, DAVID ALLEN as an individual, Trustee and or corporate officer of one or more of the FUNDS, TRUSTS or PLANS, and DOES 1 TO 100,<br><br>Defendants. | Case No. 2:14-cv-04958-JAK-AGRx<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFFS' FIRST AMENDED COMPLAINT AGAINST ALL DEFENDANTS**<br><br>**JS-6**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Complaint Filed: January 21, 2014<br>FAC Filed: October 27, 2014<br>Trial Date: October 6, 2015 |
|---|---|

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Case No. 2:14-cv-04958-JAK-AGRx

ORDER GRANTING STIPULATED
DISMISSAL OF ALL DEFENDANTS

The Court, having read and considered the Stipulated Dismissal with Prejudice of Plaintiffs' First Amended Complaint Against All Defendants, and good cause appearing:

IT IS HEREBY ORDERED that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action on file with the above-entitled Court in Case No. 2:14-cv-04958-JAK-AGRx is dismissed with prejudice in its entirety against all Defendants, with each party to bear its own respective costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.   Case No. 2:14-cv-04958-JAK-AGRx
ORDER GRANTING STIPULATED
DISMISSAL OF ALL DEFENDANTS